## GILPIN, A MINOR, ETC. *v.* UNITED STATES.

### APPEAL FROM THE CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT.

No. 243.   Argued March 21, 22, 1921.—Decided April 11, 1921.

Decided on the authority of *Chase, Jr.* v. *United States, ante,* 1.
261 Fed. Rep. 841, affirmed.

THE case is stated in the opinion.

*Mr. John Lee Webster*, with whom *Mr. Hiram Chase* was on the briefs, for appellant.

*Mr. Assistant Attorney General Garnett*, with whom *Mr. H. L. Underwood*, Special Assistant to the Attorney General, was on the brief, for the United States.

*Mr. Oscar C. Anderson,* with whom *Mr. Charles J. Kappler* was on the brief, for the Omaha Tribe of Indians, by special leave of court.

MR. JUSTICE McKENNA delivered the opinion of the court.

This case was argued and submitted with the *Chase Case,* No. 242, *ante,* 1. It is a suit by Mary Gilpin by her next friend to have adjudged to her a right to an allotment of lands in the Omaha Reservation, she being an Omaha Indian. The right is based on the same treaties and acts of Congress as those passed upon in the *Chase Case,* and the effect of the Act of May 11, 1912, repealing the acts—that of 1882 and that of 1893.

The decree of the District Court was adverse to her right, and this decree was affirmed by the Circuit Court of Appeals. 261 Fed. Rep. 841.

For the reasons stated in the opinion in the *Chase Case,* the decree of the Circuit Court of Appeals is

*Affirmed.*